## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-32816 |
| | ) | |
| GAIL C. JONES, | ) | Chapter 13 |
| | ) | |
| | ) | Judge CLEARY |
| Debtor(s). | ) | |

### NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 South Dearborn Street, Chicago, Illinois and in the following courtroom (or any other place posted), and present the attached **Motion to Voluntarily Dismiss Chapter 13 Case**, at which time and place you may appear:

JUDGE:   CLEARY
ROOM:    644
DATE:    March 23, 2020
TIME:    9:30 a.m.

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: March 10, 2020

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Mrs. Gail Jones
2215 W. 111th, #101
Chicago, IL  60643

Quantum3 Group
MOMA Funding
P.O. Box 788
Kirkland, WA  98083-0788

Prestige Financial
P.O. Box 26707
Salt Lake City, UT  84126

Regional Acceptance Corp.
P.O. Box 1847
Wilson, NC  27894-1847

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL  60604

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

Portfolio Recovery Assoc.
Capital One Bank
P.O. Box 41067
Norfolk, VA  23541

ACL Laboratories
c/o State Collection Service
2509 S. Stoughton Rd.
P.O. Box 6250
Madison, WI  53716-0250

Village of Dolton
City of Calumet City
c/o Municipal Collections of America
3348 Ridge Rd.
Lansing, IL  60438

Opportunity Financial
130 E. Randolph St., Ste. 3400
Chicago, IL  60601

IDOR
Bankruptcy Dept.
P.O. Box 19035
Springfield, IL  62794-9035

US Dept. of Education
P.O. Box 16448
St. Paul, MN  55116-0448

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-32816 |
| | ) | |
| GAIL C. JONES, | ) | Chapter 13 |
| | ) | |
| | ) | Judge CLEARY |
| Debtor(s). | ) | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present his Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On November 1, 2017 the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and was not previously a Chapter 7 case.

3. Debtor desires that this Chapter 13 case be dismissed, pursuant to 11 USC Sec. 1307(b).

4. Debtor's request is not for the purpose of fraud or abuse to creditors or the court.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order Dismissing the Chapter 13 Case.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com